No. 97-7035. WALETZKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 97-7037. REYES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 97-7043. BANKSTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 97-7045. BAROCIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 97-7049. MARTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 97-7050. NEFF v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 97-7051. JAMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 97-7056. SKURDAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97-7057. WRIGHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 97-7060. MARR v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 97-7064. HOLTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. ▮

No. 97-7066. GUESS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 97-7067. GREEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 97-7070. GONSALVES ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 97-7073. SMITH v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97-7077. BEJARANO-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 97-7078. FIGUEROA-ROMERO v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮